IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TODD BECKMAN, ) | |
| ) | |
| Plaintiff, ) | Case No.: 4:08CV862 |
| ) | |
| v. ) | |
| ) | |
| GREAT NORTHERN INSURANCE ) | |
| COMPANY, et al. ) | |

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

It is hereby stipulated that Plaintiff Todd Beckman and Defendants Great Northern Insurance Company, Chubb & Son Inc., and Steve W. Mortensen dismiss the above entitled cause and any and all actions, claims and/or counterclaims stated herein, with prejudice, pursuant to Rule 41. Each party shall bear its own costs.

| BERRY WILSON, LLC | CHILDRESS AHLHEIM CARY LLC |
|---|---|
| BY:    /s/ Michael G. Berry         | BY:      /s/ Joseph V. Lesinski       |
| MICHAEL  G. BERRY        #33790 | JAMES W. CHILDRESS         #2815 |
| MARSHALL V. WILSON    #38210 | DAVID T. AHLHEIM           #11593 |
| 304 East High Street, Suite 100 | JOSEPH V. LESINSKI         #537010 |
| P.O. Box 1606 | 1010 Market Street, Suite 500 |
| Jefferson City, MO  65102 | St. Louis, MO 63101 |
| Phone: (573) 638-7272 | Phone:  (314) 621-9800 |
| Fax:    (573) 638-2693 | Fax:     (314) 621-9802 |
| Attorneys for Plaintiff | Attorneys for Defendants Great Northern Insurance Company, Chubb & Son, Inc., and Steve W. Mortensen |